

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00036-CV

IN THE MATTER OF THE MARRIAGE OF AMY ELIZABETH COLLINS AND CHARLES
VERNON COLLINS AND IN THE INTEREST OF H.C. AND C.C., CHILDREN

On Appeal from the 433rd District Court
Comal County, Texas
Trial Court No. C2015-1800D

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Appellant Amy Elizabeth Collins has filed a motion with this Court seeking to voluntarily dismiss this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     July 30, 2018
Date Decided:       July 31, 2018

---

[1]Originally appealed to the Third Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).  We are unaware of any conflict between precedent of the Third Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.